UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JANE DOE on behalf of herself and her minor child,
SARAH DOE,

                        Plaintiff,

-against-

FRANKLIN SQUARE UNION FREE SCHOOL DISTRICT, and HOWARD ZUCKER, in his official capacity as Commissioner of the New York State Department of Health,

                        Defendants.
------------------------------------------------------------------------x

**NOTICE OF MOTION**

Docket No. 21-CV-05012
(FB) (SIL)

**PLEASE TAKE NOTICE** that, upon the Declaration of Adam I. Kleinberg and the exhibits annexed thereto; the accompanying *Memorandum of Law in Support of the District's Motion to Dismiss*; and upon all pleadings and proceedings heretofore had herein, defendant FRANKLIN SQUARE UNION FREE SCHOOL DISTRICT will move this Court before the Honorable Frederic Block at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) dismissing this action in its entirety with prejudice as against FRANKLIN SQUARE UNION FREE SCHOOL DISTRICT, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers shall be served and filed in accordance with the briefing schedule set by the Court.

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served and filed in accordance with the briefing schedule set by the Court.

Dated: Carle Place, New York
February 16, 2022

SOKOLOFF STERN LLP
*Attorneys for Franklin Square Union Free School District*

By: _____
ADAM I. KLEINBERG
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No.: 210142

TO: All counsel of record (via ECF)