UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
JANE DOE on behalf of herself and her minor
child, SARAH DOE,

                              Plaintiff,

vs.                                                   2:21-CV-05012 (FB) (SIL)

FRANKLIN SQUARE UNION FREE
SCHOOL DISTRICT, and MARY T. BASSETT,
in her official capacity as Commissioner of the New
York State Department of Health,

                              Defendants.
------------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that defendant Mary T. Bassett, M.D., M.P.H., sued in her official capacity as Commissioner of the New York State Department of Health ("DOH") by her attorney, LETITIA JAMES, Attorney General of the State of New York, shall move this Court before the Honorable Frederic Block, United States District Judge, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order dismissing the Amended Complaint in the above-captioned action filed on January 20, 2022 (ECF No. 33, the "Amended Complaint"), in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1) for lack of subject matter jurisdiction and Rule 12(b)(6) for failure to state a claim on which relief can be granted.

**PLEASE TAKE FURTHER NOTICE**, that in support of its motion to dismiss, DOH shall rely upon the memorandum of law in support of its motion to dismiss the Amended Complaint, dated February 25, 2022; the Declaration of Todd A. Spiegelman in support of DOH's motion to dismiss the Amended Complaint, dated February 25, 2022, and the exhibits attached thereto; the Amended Complaint; and all other pleadings and papers herein.

**PLEASE TAKE FURTHER NOTICE**, pursuant to this Court's Individual Practice Rule 2(D) and the Court's Order in this action dated January 21, 2022 (Minute Entry), any opposition papers to this motion to dismiss are due to be served on or before April 7, 2022; DOH's reply papers, if any, are due to be served on or before April 28, 2022; and DOH shall file all motion papers on or before April 28, 2022.

Dated: New York, New York
       February 25, 2022

                                            LETITIA JAMES
                                            Attorney General of the
                                            State of New York
                                            *Attorney for Defendant DOH Commissioner*
                                            By:
                                            _____/S/_____
                                            TODD A. SPIEGELMAN
                                            Assistant Attorney General
                                            28 Liberty Street
                                            New York, NY 10005
                                            Tel. No.: (212) 416-8661

To:    Sujata S. Gibson, Esq.
         407 N. Cayuga St., Suite 201
         Ithaca, NY 14850
         *Attorney for Plaintiff*

         Adam I. Kleinberg, Esq.
         Sokoloff Stern LLP
         179 Westbury Avenue
         Carle Place, NY 11514
         *Attorney for Defendant Franklin Square School District*