**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand twenty-two.

_____

| | |
|---|---|
| Jane Doe, on behalf of herself and her minor child Sarah Doe, | **ORDER** <br> Docket No. 21-2759 |
| Plaintiff-Appellant, | |
| v. | |
| Franklin Square Union Free School District, Howard Zucker, in his official capacity as Commissioner of the New York State Department of Health, | |
| Defendants-Appellees. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature and seal]*

MANDATE ISSUED ON 06/23/2022