UNITED STATES DISTRICT COURT FOR THE
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE on behalf of herself and her minor child Sarah Doe,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANKLIN SQUARE UNION FREE SCHOOL DISTRICT, and HOWARD ZUCKER, in his official capacity as Commissioner of the New York State Department of Health,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Civil Action No. 21-CV-5012 |

**NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order and Judgment entered on March 24, 2023 and March 28, 2023 denying Plaintiffs' motion for a preliminary injunction and dismissing the Plaintiffs' complaint in its entirety with prejudice. This appeal is taken from each and every part of the Judgment, Memorandum and Order.

Dated: April 11, 2023

        Gibson Law Firm, PLLC

        */s/ Sujata S. Gibson*

        **Sujata S. Gibson, Esq.**
        *Attorney for Plaintiffs*
        Gibson Law Firm, PLLC
        120 E Buffalo St, Suite 2
        Ithaca, NY 14850
        (607)327-4125
        sujata@gibsonfirm.law

# CERTIFICATE OF SERVICE

I hereby certify that on the date above a copy of the foregoing was served by ECF upon FRANKLIN SQUARE UNION FREE SCHOOL DISTRICT and HOWARD ZUCKER or their proper representatives designated by law.

/s/ Sujata S. Gibson
**Sujata S. Gibson, Esq.**